IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50699
Summary Calendar

_____


KEITH O. YOUNG,

                                        Plaintiff-Appellant,

versus

SONYA A. ALEXANDER, ET AL.

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of
USDC No. A-95-CV-190
- - - - - - - - - -
February 12, 1996

Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

        Keith O. Young appeals the dismissal of his suit pursuant to
28 U.S.C. § 1915(d).  Young contends that the defendants violated
various federal statutes by keeping improper records and by not
releasing records to him.  We have reviewed the record and
Young's brief and AFFIRM the district court's dismissal for
essentially the same reasons set forth by the district court.
Young v. Alexander, No. A-95-CA-190 (W.D. Tex. August 8, 1995).

        [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.